UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-02209-SB-PLA | Date: | July 25, 2022 |
|---|---|---|---|

| Title: | *Antonio Fernandez v. Julio Fuentes Mendoza, et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None                                                                  None

**Proceedings:**   (IN CHAMBERS) Order to Show Cause re: Dismissal for Lack of Prosecution

    Generally, defendants other than the United States must answer the complaint within 21 days after service.  See Fed. R. Civ. P. 12(a)(1).  On May 2, 2022 and June 17, 2022, Plaintiff filed proof that Defendants Julio Fuentes Mendoza and Alicia Fuentes were served on April 30, 2022.  Dkt. No. 10, 15.  A responsive pleading was due on May 23, 2022.  None has been filed.  Plaintiff timely requested for the Clerk to Enter Default as to both defendants but has not filed a Motion for Default Judgment.  Plaintiff is ordered to show cause, in writing, no later than **August 1, 2022**, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of a Motion for Default Judgment.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon the filing of the Motion for Default Judgment, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.