CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Isabel Masanque, Esq., SBN 292673
Sara N. Gunderson, Esq., SBN 302582
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com
isabelm@potterhandy.com
SaraG@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**,<br><br>　　　Plaintiff,<br><br>v.<br><br>**Julio Fuentes Mendoza;**<br>**Alicia Fuentes**,<br><br>　　　Defendants. | Case 2:22-cv-02209-SB (PLAx)<br><br>**Plaintiff's Application for Default Judgment by Court Against Julio Fuentes Mendoza and Alicia Fuentes**<br><br>Date:　August 26, 2022<br>Time:　8:30 a.m.<br>Ctrm:　6C |

To Defendants Julio Fuentes Mendoza and Alicia Fuentes, and the attorneys of record, if any: Please take notice that on August 26, 2022, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at the U.S. Courthouse, 350 West 1st Street, Courtroom 6C, Los Angeles, California, Plaintiff Antonio Fernandez, will present his application

for default judgment against defendants Julio Fuentes Mendoza and Alicia Fuentes. The Clerk has previously entered the defaults on Julio Fuentes Mendoza and Alicia Fuentes on June 15, 2022 and June 29, 2022 respectively.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendants Julio Fuentes Mendoza and Alicia Fuentes are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants Julio Fuentes Mendoza and Alicia Fuentes have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks $8,000.00 damages judgment against Defendants Julio Fuentes Mendoza and Alicia Fuentes and $4,652.00 as attorneys' fees and costs. Additionally, plaintiff seeks an order directing the defendants to provide wheelchair accessible paths of travel at the property located at 3114 E. 4th Street, Los Angeles, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants Julio Fuentes Mendoza and Alicia Fuentes on July 29, 2022, by first class United States Mail, postage prepaid.

Dated: July 29, 2022              CENTER FOR DISABILITY ACCESS

By: */s/ Sara N. Gunderson*
Sara N. Gunderson, Esq.,
Attorney for Plaintiff