UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> JOSE FUENTES MENDOZA et al., <br><br> Defendants. | Case No. 2:22-cv-02209-SB-PLA <br><br><br> FINAL JUDGMENT |

For the reasons set forth in the separate order granting in part Plaintiff's motion for default judgment, entered this day, the Court grants Plaintiff Antonio Fernandez the following relief against Defendants Jose Fuentes Mendoza and Alicia Fuentes:

- Plaintiff is **AWARDED** $4,000 in statutory damages, jointly and severally;

- Plaintiff is **AWARDED** $3,210 in attorneys' fees and costs, jointly and severally; and

- Defendants are **ORDERED** to provide accessible paths of travel in La Alicia Meat Market that comply with Section 403.5 of the 2010 ADA Standards for Accessible Design.

This is a final judgment.

Date: August 25, 2022

Stanley Blumenfeld, Jr.
United States District Judge